United States District Court

Eastern District of California

Dennis Martel,

      Plaintiff,                          No. Civ. S 04-0014 DFL PAN P

  vs.                                       Order

California Department
of Corrections, et al.,

      Defendants.
                               -oOo-

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

    The United States Marshal has returned process directed to defendant John J. Dan unserved because he could not be found. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an

action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1.  The clerk of the court shall mail plaintiff one form USM-285 and a copy of the pleading filed January 5, 2004.

2.  Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant John J. Dan and two copies of the pleading provided to plaintiff.

3.   If plaintiff does not provide new instructions for service of process upon defendant John J. Dan within the time allowed or show good cause for such failure I will recommend this action be dismissed as to that defendant.

So ordered.

Dated:  September 1, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| Dennis Martel, | | |
| | Plaintiff, | No. Civ. S-04-0014 DFL PAN P |
| vs. | | Notice of Submission of Documents |
| California Department of Corrections, et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed form USM-285

    __2__    copies of the __January 5, 2004__
                          Complaint

Dated: _____

_____
Plaintiff