United States District Court

Eastern District of California

Dennis Martel,

   Plaintiff,      No. Civ. S 04-0014 DFL PAN P

 vs.          Order

California Department of Corrections, et al.,

   Defendants.

-oOo-

  November 28, 2005, defendants Andreasen and Donahue requested an extension of time to serve responses to plaintiff's first request for production of documents and first requests for admissions and for interrogatories. Good cause appearing, defendants' request is granted and defendant's time is extended until 30 days from the date this order is signed.

  So ordered.

  Dated: December 1, 2005.

              /s/ Peter A. Nowinski
              PETER A. NOWINSKI
              Magistrate Judge