IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MARTEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants. | No. 2:04-CV-0014 DFL JFM P<br><br>**ORDER GRANTING DEFENDANT DANN'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

   The Court has considered Defendant Dann's request for a 15-day extension of time to and including April 18, 2006, to respond to Plaintiff's First Set of Interrogatories and finds good cause to grant the request.

   Defendant Dann shall serve his responses to Plaintiff's First Set of Interrogatories on or before April 18, 2006.

Dated: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mart0014.eot

[Proposed] Order

1