IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS MARTEL,

        Plaintiff,                    No. CIV S-04-0014 DFL PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.            ORDER

        Defendants have requested an extension of time to serve responses to plaintiff's first set of interrogatories. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' March 29, 2006, request for an extension of time is granted; and

        2. Defendants are granted thirty days from the date of this order serve responses to plaintiff's first set of interrogatories.

DATED: April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\mart0014.36