IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS MARTEL,

    Plaintiff,                      No. CIV S-04-0014 DFL EFB P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiff moves to modify the July 28, 2006, revised schedule. Defendants have filed a statement of no opposition and also seek modification of the schedule.

        A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

        Pursuant to the revised schedule, pretrial motions were to be filed by October 18, 2006. Plaintiff asserts that in the beginning of October while he was preparing his motion, he unexpectedly was transferred to a different prison for health reasons. For security reasons, all his personal belongings, including his legal materials, were confiscated. Plaintiff asserts he can file his motion by October 31, 2006. Defendants also request an extension until October 31 to file their pretrial motion upon the ground that plaintiff's transfer affects the identity of the custodian

1  of records.  They assert that the new records custodian must review the documents before
2  certifying them.
3      Good cause appearing, it is hereby ORDERED that plaintiff's October 12, 2006, motion
4  is granted.  The schedule is modified so that pretrial motions shall be filed no later than
5  November 29, 2006.
6  Dated:  November 13, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE