IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS MARTEL,

      Plaintiff,                      No. CIV S-04-0014 DFL EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.                 <u>ORDER</u>

/

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Defendants move to vacate the pretrial dates on the ground that they cannot comply with the schedule because the court has yet to resolve the parties' motions for summary judgment. Pursuant to the July 28, 2006, revised schedule, plaintiff's pretrial statement is due February 9, 2007, defendants' pretrial statement is due February 23, 2007, pretrial conference is set for March 2, 2007, and trial is set for May 21, 2007.

Because plaintiff's motion and defendants' cross-motion for summary judgment are pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). The court will make a new pretrial schedule, if appropriate, following resolution of defendants' motion.

So ordered.

Dated: February 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE